**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| Julie P. Whitchurch,<br><br>        Plaintiff,<br><br>vs.<br><br>Elarbee Thompson Wilson & Sapp, LLP, Read Gignilliant, Douglas Duerr, Rebecca Shephard, Poole Huffman,LLC, Todd Poole, Vizant Technologies, LLC, Joseph N. Bizzaro, Lane Wiggers, David Askinas, Frank Seidman, Capital Solutions, Inc., IT Acceleration, Inc., David Yarnall, Kang Haggerty Fetbroyt, LLC, Edward T. Kang, Gregory Mathews, Matthew Keown, M. Blackwood, Judge Harvey Bartle, III, Judge Russell Vineyard, Department of Justice/US Marshals Service,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-05205-MLB |

**J U D G M E N T**

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE** as an impermissible shotgun pleading and for failure to comply with a lawful order of the Court under Local Rule 41.3A(2).

Dated at Atlanta, Georgia, this 1st day of May, 2019.

                                                      JAMES N. HATTEN
                                                    CLERK OF COURT

                                     By:    s/J. Acker
                                                    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 1, 2019
James N. Hatten
Clerk of Court

By:    s/J. Acker
        Deputy Clerk