UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIE P. WHITCHURCH,<br><br>          Plaintiff,<br><br>vs.<br><br>ELARBEE THOMPSON WILSON & SAPP, LLP, et al.,<br><br>          Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-5205-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** as an impermissible shotgun pleading and for failure to comply with a lawful order of the Court. Federal claims are **DISMISSED WITH PREJUDICE** and state claims are **DISMISSED WITHOUT PREJUDICE**.

Dated at Atlanta, Georgia, this 24th day of January, 2022.

                                            KEVIN P. WEIMER
                                            CLERK OF COURT


                              By:     s/Jill Ayers
                                         Deputy Clerk


Prepared, Filed, and Entered
in the Clerk's Office
January 24, 2022
Kevin P. Weimer
Clerk of Court

By:     s/Jill Ayers
            Deputy Clerk